```
                                ABC PROCESS SERVICE, INC.
                                Attorney:
                                COHEN MILSTEIN HAUSFELD & TOLL,
                                P.L.L.C.
                                Index No. 07CIV4704
                                Date Filed 05/20/2008
                                Office No. CMHT01111IAW
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSWALD CRUZ, MARY MARTHA, LITTLEJOHN,:
                                            (PLAINTIFF)
AND ROBERT GREG;ON BEHALF OF THEMSELVES AND A CLASS
OF THEMSELVES & A CLASS OF THOSE SIMILARLY SITUATED

                        against
                                            (DEFENDANT)
LAWSON SOFTWARE, INC.,ETAL;

---

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:


SCHADRAC LAGUERRE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 22    day of May      2008 at 9:00  AM , at

111 EIGHTH AVE;NEW YORK, NY 10011 & CT CORPORATION SYSTEM
he served the annexed  SUMMONS IN A CIVIL ACTION, COLLECTIVE & CLASS ACTION
COMPLAINT, JURY TRIAL DEMANDED
LAWSON SOFTWARE, INC - LAWSON SOFTWARE AMERICAS, INC. in this action, by
delivering to and leaving with said MS. ELENA BOU, AUTHORIZED TO ACCEPT a true
copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex FEMALE  , Color WHITE,  Hair BLOND, app.age 38 YRS, app.ht 5'9", app.wt
150 LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION,
COLLECTIVE & CLASS ACTION, JURY TIRAL DEMANDED.

SWORN to before me this 23
day of May  2008

                                    _____
                                    SCHADRAC LAGUERRE
                                    License No.:   1021962    :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2011