UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X
OSWALDO CRUZ, MARY MARTHA :
LITTLETON, AND ROBERT GREG WINN,
on behalf of themselves and a class of those :
similarly situated,
: INDEX NO. 08-cv-4704 (SHS)
       Plaintiffs,
: **NOTICE OF FILING CONSENT**
  -against-
:
LAWSON SOFTWARE, INC., LAWSON
SOFTWARE AMERICAS, INC., :

       Defendants.
----------------------------------------- X

    PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person:

    Carlos A. Calderon

| | |
|---|---|
| Dated: June 2, 2008 | Respectfully submitted, |
| | COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>(202) 408-4600<br>Llezlie L. Green |
| | By:  /s/*Llezlie Lloren Green*<br>      Llezlie Lloren Green |

377830.1 1

## Lawson Software, Inc.
## Plaintiff Consent Form

I hereby consent to join a lawsuit against Lawson Software, Inc., in United States District Court, Southern District of New York, as a plaintiff to assert claims against Lawson Software, Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, when I worked as an Applications Consultant, Software Consultant, Technical Consultant, Systems Consultant and/or Business Consultant for Lawson Software, Inc.

_Carlos G Calderón_      _May 29, 2008_
Signature                             Date

_CARLOS A Calderon_
Print Name

_4350 Dover Crossing Drive_
Address

_Marietta, Ga 30066_
City, State, Zip Code

_770 928-8384_      _770-313-8603_
Home Phone    Work Phone    Cell Phone

_cacald8317@yahoo.com_
E-mail address

Mail or fax to:
**HALUNEN & ASSOCIATES**
Attn: Clayton D. Halunen or Charles V. Firth
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402
Fax: 612-605-4099
Telephone: 612-605-4098