UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSWALDO CRUZ,  
MARY MARTHA LITTLEJOHN, and  
ROBERT GREG WINN, on behalf of  
themselves and a class of those similarly  
situated,

Plaintiffs,

-agains-

LAWSON SOFTWARE, INC.,  
LAWSON SOFTWARE AMERICAS, INC.,

Defendants.
------------------------------------------------------------

Index No. 08-CIV-4704 (SHS)(THK)

**NOTICE OF APPEARANCE**

**IT IS HEREBY CONSENTED** that Richard M. Howard, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears on behalf of all of the defendants in the above entitled action.

Dated: June 18, 2008
      Mineola, New York

/s/ Richard M. Howard       ..  
Richard M. Howard (RMH-2932)  
Meltzer, Lippe, Goldstein & Breitstone, LLP  
190 Willis Avenue  
Mineola, NY 11501  
(516) 747-0300

iManage:436056.1