```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OSWALDO CRUZ,
MARY MARTHA LITTLEJOHN, and
ROBERT GREG WINN, on behalf of
themselves and a class of those similarly
situated,

                Plaintiffs,

-against-

LAWSON SOFTWARE, INC.,
LAWSON SOFTWARE AMERICAS, INC.,

                Defendants.
-------------------------------------------------------X

Index No.: 08 CIV 4704 (SHS) (THK)

**SUBSTITUTION OF COUNSEL**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP, 190 Willis Avenue, Mineola, New York 11501, be and is hereby substituted as the attorneys of record for defendants in the above-entitled action in place of Littler Mendelson, P.C.

Dated: June 16, 2008

                                                LAWSON SOFTWARE, INC.

                                                By: _____
                                                Name: Bruce McPheeters
                                                Title: General Counsel

                                                LAWSON SOFTWARE AMERICAS, INC.

                                                By: _____
                                                Name: Bruce McPheeters
                                                Title: General Counsel

08 Civ 4704 (SHS)

LITTLER MENDELSON, P.C.
*Outgoing Counsel*

By: _____
Craig R. Benson (CB-9531)
885 Third Avenue, 16th Floor
New York, New York 10022
212-583-9600
cbenson@littler.com

MELTZER, LIPPE, GOLDSTEIN
 & BREITSTONE, LLP
*Incoming Counsel*

By: _____
Loretta M. Gastwirth (LG-7968)
190 Willis Avenue
Mineola, New York 11501
516-747-0300
lgastwirth@meltzerlippe.com

SO ORDERED 6/19/08

_____
SIDNEY H. STEIN
U.S.D.J.

435786-1                        2