```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
OSWALDO CRUZ,
MARY MARTHA LITTLEJOHN, and
ROBERT GREG WINN, on behalf of
themselves and a class of those similarly
situated,

                Plaintiffs,

   -against-

LAWSON SOFTWARE, INC.,
LAWSON SOFTWARE AMERICAS, INC.,

                Defendants.
----------------------------------------------------------X

Index No.: 08 CIV 4704 (SHS) (THK)

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Meltzer, Lippe, Goldstein & Breitstone, LLP, attorneys for defendants, Lawson Software, Inc., and Lawson Software Americas, Inc., and the sponsoring attorney's affidavit of Loretta M. Gastwirth, Esq. in support;

**IT IS HEREBY ORDERED** that

> Sara Gullickson McGrane, Esq.
> Felhaber, Larson, Fenlon & Vogt, P.A.
> 220 South Sixth Street, Suite 2200
> Minneapolis, MN 55402-4504
> Telephone: 612-373-8511
> Fax: 612-338-0535
> smcgrane@felhaber.com

is admitted to practice *pro hac vice* for all purposes as counsel for defendants Lawson Software, Inc. and Lawson Software Americas, Inc. in the above-captioned case pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 6/23/08

_____
United States District/~~Magistrate~~ ~~Judge~~