UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OSWALDO CRUZ,<br>MARY MARTHA LITTLEJOHN, and<br>ROBERT GREG WINN, on behalf of<br>themselves and a class of those similarly<br>situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>LAWSON SOFTWARE, INC.,<br>LAWSON SOFTWARE AMERICAS, INC.,<br><br>                    Defendants. | Court File No. 08-civ-4704 (SHS)(THK)<br><br><br><br><br><br>**DECLARATION OF LLEZLIE L. GREEN** |

---

1. I am an attorney for the Named Plaintiffs in the above-captioned action;

2. Attached are true and correct copies of the following documents:

Exhibit A:   *Gerlach v. Wells Fargo & Co.*, No. C 05-0585 (N.D. Cal. June 13, 2005)

Exhibit B:   Relevant Portions of the Lawson Plan Adoption Agreement, ¶¶ 2 ("Employer Data") and 17 ("Plan Administration")

Exhibit C:   Relevant Portions of the Lawson 401(k) Plan, Articles 13.1 and 13.2

I declare under penalty of perjury that the foregoing is true and correct.


*/s/ Llezlie L. Green*                                   June 24, 2008
Llezlie L. Green