UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSWALDO CRUZ,<br>MARY MARTHA LITTLEJOHN , and<br>ROBERT GREG WINN, on behalf of themselves and a class of those similarly situated,<br><br>        Plaintiffs<br><br>v.<br><br>LAWSON SOFTWARE, INC.,<br>LAWSON SOFTWARE AMERICAS, INC.,<br><br>        Defendants. | Case No. 08-CIV-4704<br>The Hon. Sidney H. Stein |

**CERTIFICATE OF SERVICE**

MPLS-Word 198793.1

I hereby certify that on the 1st day of July, 2008, I caused the following documents:

(1) Defendants' Reply Memorandum of Law in Support of Motion to Dismiss

(2) Affidavit of Sara Gullickson McGrane

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Christine E. Webber | cwebber@cmht.com |
| Llezlie Lloren Green | lgreen@cmht.com |
| Clayton D. Halunen | halunen@halunenlaw.com |
| Charles V. Firth | firth@halunenlaw.com |

Dated:  July 1, 2008.                     FELHABER, LARSON, FENLON & VOGT, P.A.


By:     *s/ Sara Gullickson McGrane*
        Sara Gullickson McGrane, #233213
            (Pro Hac Vice)
        Ruth S. Marcott, #176825
        220 South Sixth Street, Suite 2200
        Minneapolis, Minnesota 55402
        (612) 339-6321

        -and-

        MELTZER, LIPPE, GOLDSTEIN
           & BREITSTONE, LLP
             Loretta Mae Gastwirth
             Richard M. Howard
             190 Willis Avenue
             Mineola, NY 11501
             (516) 747-0300

        ATTORNEYS FOR DEFENDANTS
        LAWSON SOFTWARE, INC. AND
        LAWSON SOFTWARE AMERICAS, INC.