SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Oswaldo Cruz, et al.          Plaintiff,

- against -

Lawson Software, Inc., et al.   Defendant.

1:08 cv 04704 (SHS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Llezlie L. Green a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  Christine E. Webber
Firm Name:         Cohen, Milstein, Hausfeld & Toll, PLLC
Address:           1100 New York Avenue, NW, Suite 500, West Tower
City/State/Zip:    Washington, DC 20005
Phone Number:      (202) 408-4600
Fax Number:        (202) 408-4699

Christine E. Webber is a member in good standing of the Bar of the States of District of Columbia

There are no pending disciplinary proceeding against Christine E. Webber in any State or Federal court.

Dated:     7/10/2008
City, State: Washington, DC

Respectfully submitted,

Llezlie L. Green
Sponsor's
SDNY Bar LG-0911
Firm Name: Cohen, Milstein, Hausfeld & Toll, PLLC
Address: 1100 New York Avenue, NW, Suite 500, West Tower
City/State/Zip: Washington, DC 20005
Phone Number: 202-408-4600
Fax Number: 202-408-4699

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Oswaldo Cruz, et al. | Plaintiffs, | |
| - against - | | 1:08 cv 04704 (SHS) |
| Lawson Software, Inc., et al. | Defendants. | AFFIDAVIT OF LLEZLIE L. GREEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York   )
                    )  ss:
County of New York  )

Llezlie L. Green, being duly sworn, hereby deposes and says as follows:

1. I am an Attorney at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Christine E. Webber as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in January 2003. In addition, I am a member in good standing with the bar of the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Christine E. Webber since September 2004.

4. Ms. Webber is a Partner at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., in Washington, D.C.

5. I have found Ms. Webber to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Christine E. Webber, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Christine E. Webber, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christine E. Webber, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: 7/10/08
City, State: Washington, D.C.

Notarized: 7/10/08
[signature]
NOTARY PUBLIC (DC)
MY COMMISSION EXPIRES:
12/14/08

Respectfully submitted,

[signature]
Name of Movant: Llezlie L. Green
SDNY Bar Code: LG-0911



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

CHRISTINE E. WEBBER

was on the 4TH day of OCTOBER, 1993 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: *[signature]*
Deputy Clerk

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Oswaldo Cruz, et al.        Plaintiff,

                                                1:08  cv  04704    ( SHS )

- against -

Lawson Software, Inc., et al.    Defendant.     **ORDER FOR ADMISSION
                                                 PRO HAC VICE
                                                 ON WRITTEN MOTION**

Upon the motion of  Llezlie L. Green    attorney for  Oswaldo Cruz, et al.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Christine E. Webber

Firm Name:           Cohen, Milstein, Hausfeld & Toll, PLLC

Address:             1100 New York Avenue, NW, Suite 500, West Tower

City/State/Zip:      Washington, DC  20005

Telephone/Fax:       (202) 408-4600 / (202) 408-4699

Email Address:       cwebber@cmht.com

is admitted to practice pro hac vice as counsel for   Oswaldo Cruz, et al.                in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:  New York, NY

                                              _____
                                              United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT#
SDNY Form Web 10/2006

## **PROOF OF SERVICE**

The undersigned hereby certifies that on this 11th day of July, 2008, I caused a true and accurate copy of the Motion for Admission Pro Hac Vice for Christine E. Webber, Clayton D. Halunen and Charles V. Firth to be served via overnight mail upon:

Loretta Gastwirth
Richard M. Howard
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300
(516) 237-2893 (Facsimile)

-and-

Sara G. McGrane
Ruth S. Marcott
Felhaber, Larson, Fenlon & Vogt, P.A.
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
(612) 338-0535 (Facsimile)

*/s/ Tina Huell*
Tina Huell