SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Oswaldo Cruz, et al.        Plaintiff,

- against -

Lawson Software, Inc., et al.   Defendant.

1:08 cv 04704 (SHS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Llezlie L. Green a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Clayton D. Halunen
Firm Name: Halunen & Associates
Address: 220 South Sixth Street, Suite 2000
City/State/Zip: Minneapolis, MN 55402
Phone Number: (612) 605-4098
Fax Number: (612) 605-4099

Clayton D. Halunen is a member in good standing of the Bar of the States of Minnesota

There are no pending disciplinary proceeding against Clayton D. Halunen in any State or Federal court.

Dated: July 11, 2008
City, State: Washington, DC

Respectfully submitted,

Llezlie L. Green

Sponsor's
SDNY Bar LG-0911
Firm Name: Cohen, Milstein, Hausfeld & Toll, PLLC
Address: 1100 New York Avenue, NW, Suite 500, West Tower
City/State/Zip: Washington, DC 20005
Phone Number: 202-408-4600
Fax Number: 202-408-4699

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Oswaldo Cruz, et al. | Plaintiffs, | |
| - against - | | 1:08 cv 04704 (SHS) |
| Lawson Software, Inc., et al. | Defendants. | AFFIDAVIT OF LLEZLIE L. GREEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

State of New York    )
                     )   ss:
County of New York   )

Llezlie L. Green, being duly sworn, hereby deposes and says as follows:

1. I am an Attorney at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Clayton D. Halunen as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in January 2003. In addition, I am a member in good standing with the bar of the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Clayton D. Halunen through his work with our firm on this matter since 2008.

4. Mr. Halunen is a Partner at Halunen & Associates, in Minneapolis, MN.

5. I have found Mr. Halunen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Clayton D. Halunen, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Clayton D. Halunen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Clayton D. Halunen, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: July 11, 2008
City, State: Washington, D.C.
Notarized:

*Bernadette Smith*
BERNADETTE SMITH
NOTARY PUBLIC
District of Columbia
My Commission Expires December 14, 2011

Subscribed and sworn to before me,
this 11th day of July, 2008

Notary Public, D.C.
My Commission Expires 12-14-2011

Respectfully submitted,

*Llezlie L. Green*
Name of Movant: Llezlie L. Green
SDNY Bar Code: LG-0911

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CLAYTON DEAN HALUNEN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 1991

Given under my hand and seal of this court on

June 16, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Oswaldo Cruz, et al.                    Plaintiff,

                                                                1:08  cv  04704     (SHS )

         - against -
Lawson Software, Inc., et al.           Defendant.      **ORDER FOR ADMISSION
                                                         PRO HAC VICE
                                                         ON WRITTEN MOTION**

Upon the motion of  Llezlie L. Green        attorney for  Oswaldo Cruz, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Clayton D. Halunen |
| Firm Name: | Halunen & Associates |
| Address: | 220 South Sixth Street, Suite 2000 |
| City/State/Zip: | Minneapolis, MN  55402 |
| Telephone/Fax: | (202) 605-4098 / (202) 605-4099 |
| Email Address: | halunen@halunenlaw.com |

is admitted to practice pro hac vice as counsel for  Oswaldo Cruz, et al.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY


_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006