SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Oswaldo Cruz, et al.          Plaintiff,

- against -

Lawson Software, Inc., et al.    Defendant.

1:08 cv 04704 (SHS)

## MOTION TO ADMIT COUNSEL
## PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Llezlie L. Green          a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Charles V. Firth |
| Firm Name: | Halunen & Associates |
| Address: | 220 South Sixth Street, Suite 2000 |
| City/State/Zip: | Minneapolis, MN  55402 |
| Phone Number: | (612) 605-4098 |
| Fax Number: | (612) 605-4099 |

Charles V. Firth                is a member in good standing of the Bar of the States of

Minnesota, New Mexico and District of Columbia

There are no pending disciplinary proceeding against   Charles V. Firth
in any State or Federal court.

Dated:    July 11, 2008
City, State: Washington, DC

Respectfully submitted,

Llezlie L. Green

Sponsor's
SDNY Bar    LG-0911
Firm Name:  Cohen, Milstein, Hausfeld & Toll, PLLC
Address: 1100 New York Avenune, NW, Suite 500, West Tower
City/State/Zip: Washington, DC  20005
Phone Number: 202-408-4600
Fax Number: 202-408-4699

SDNY Form Web 10/2006

UNITED STATES DISTRICT

SOUTHERN DISTRICT OF NEW YORK

Oswaldo Cruz, et al.                                        Plaintiffs,

              - against -                                        1:08 cv 04704 (SHS)

Lawson Software, Inc., et al.                  Defendants.              AFFIDAVIT OF LLEZLIE L.
                                                   GREEN IN SUPPORT OF
                                                   MOTION TO ADMIT
                                                   COUNSEL PRO HAC VICE

State of New York     )
                     )    ss:
County of New York  )

Llezlie L. Green, being duly sworn, hereby deposes and says as follows:

1.      I am an Attorney at Cohen, Milstein, Hausfeld and Toll, P.L.L.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Charles V. Firth as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in January 2003. In addition, I am a member in good standing with the bar of the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Charles V. Firth through his work with our firm on this matter since 2008.

4.      Mr. Firth is an attorney at Halunen & Associates, in Minneapolis, MN.

5.      I have found Mr. Firth to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Charles V. Firth, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Charles V. Firth, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Charles V. Firth, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: July 11, 2008

City, State: Washington, D.C.

Notarized:

                                                                            BERNADETTE SMITH
                                                          NOTARY PUBLIC
                                                     District of Columbia
                 Respectfully submitted,        My Commission Expires December 14, 2011

Subscribed and sworn to before me,

this ⅟⅟th day of July, 2008

Name of Movant: Llezlie L. Green

Notary Public, D.C.
My Commission Expires 12-14-2011

SDNY Bar Code: LG-0911

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CHARLES V FIRTH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 1995

Given under my hand and seal of this court on

June 16, 2008



Fredrick K. Grittner

Clerk of Appellate Courts



**District of Columbia Court of Appeals**
**Committee on Admissions**
**500 Indiana Avenue, N.W. — Room 4200**
**Washington, D. C. 20001**
**202 / 879-2710**


I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

CHARLES V. FIRTH

———————————————————————————————————————————————————————————

was on the    3RD    day of _____APRIL, 1998_____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.


                                In Testimony Whereof, I have
                                hereunto subscribed my name
                                and affixed the seal of this
                                Court at the City of
                                Washington, D.C., on June
                                23, 2008.


                                GARLAND PINKSTON, JR., CLERK


                                By: _N. Charles_____
                                           Deputy Clerk



## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# *Certificate*

STATE OF NEW MEXICO }

                     }   ss.

SUPREME COURT        }


      I, KATHLEEN JO GIBSON, Chief Clerk of the Supreme Court of the State of New Mexico,

hereby certify that     **CHARLES V. FIRTH**

was admitted to practice law in the Supreme Court and other courts of the State of New Mexico

on _____ September 11, 2003 _____, and has at all times since been and is now a

member of the Bar of said Supreme Court in good standing.*

      "Good standing" means that the attorney is current on payment of State Bar dues; has

complied with Minimum Continuing Legal Education requirements; and is not presently under

either administrative or disciplinary suspension. No disciplinary action involving professional

misconduct has been taken against the attorney's law license. This certification expires 30 days

from this date, unless sooner revoked or rendered invalid by operation of rule or law.


           WITNESS, My official signature and the seal

           of said Court this ____17th_____ day of

           _____ June, 2008 _____.

           _____

             Chief Clerk of the Supreme Court

              of the State of New Mexico


*Mr. Firth was granted inactive status on November 21, 2007.

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Oswaldo Cruz, et al.                     Plaintiff,

                                                                    1:08  cv  04704        (SHS )

            - against -

Lawson Software, Inc., et al.          Defendant.          **ORDER FOR ADMISSION**
                                                                        **PRO HAC VICE**
                                                                        **ON WRITTEN MOTION**

Upon the motion of  Llezlie L. Green          attorney for  Oswaldo Cruz, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:      Charles V. Firth

        Firm Name:          Halunen & Associates

        Address:            220 South Sixth Street, Suite 2000

        City/State/Zip:        Minneapolis, MN  55402

        Telephone/Fax:        (202) 605-4098 / (202) 605-4099

        Email Address:        firth@halunenlaw.com

is admitted to practice pro hac vice as counsel for    Oswaldo Cruz, et al.                        in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:  New York, NY

                                                  _____
                                                  United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $                SDNY RECEIPT#
SDNY Form Web 10/2006