NY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Oswaldo Cruz, et al.                Plaintiff,

                                                    1:08  cv  04704      (SHS )

        - against -

Lawson Software, Inc., et al.       Defendant.        **ORDER FOR ADMISSION**
                                                      **PRO HAC VICE**
                                                      **ON WRITTEN MOTION**

Upon the motion of  Llezlie L. Green    attorney for  Oswaldo Cruz, et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Charles V. Firth |
| Firm Name: | Halunen & Associates |
| Address: | 220 South Sixth Street, Suite 2000 |
| City/State/Zip: | Minneapolis, MN  55402 |
| Telephone/Fax: | (202) 605-4098 / (202) 605-4099 |
| Email Address: | firth@halunenlaw.com |

is admitted to practice pro hac vice as counsel for   Oswaldo Cruz, et al.    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/22/08
City, State: New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $_____   SDNY RECEIPT#
SDNY Form Web 10/2006