UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSWALDO CRUZ,
MARY MARTHA LITTLEJOHN , and
ROBERT GREG WINN, on behalf of
themselves and a class of those similarly
situated,

       Plaintiffs

v.

LAWSON SOFTWARE, INC., and
LAWSON SOFTWARE AMERICAS, INC.,

       Defendants.

Case No. 1:08-CIV-04704
The Hon. Sidney H. Stein

---

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Oswaldo Cruz, Mary Martha Littlejohn and Robert Greg Winn, on behalf of themselves and all similarly situated individuals.

I certify that I am admitted to practice in this court, pro hac vice.

_____
July 24, 2008

/s/ *Christine E. Webber*_____
Christine E. Webber
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC  20005
202-408-4600
202-408-4699
cwebbber@cmht.com