UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OSWALDO CRUZ, *ET AL.*,

                Plaintiffs,      :

    -against-      :

LAWSON SOFTWARE INC., *ET ANO*,      :

                Defendants.      :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

08 Civ. 4704 (SHS) (THK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____    Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____    Settlement*

____    Inquest After Default/Damages Hearing

____    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____    Habeas Corpus

____    Social Security

____    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

Dated: New York, New York
       July 25, 2008

SO ORDERED:

Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.