```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

OSWALDO CRUZ, *ET AL.*,           :       08 Civ. 4704 (SHS)

              Plaintiffs,           :

    -against-                              :       <u>ORDER</u>

LAWSON SOFTWARE INC., *ET ANO*,   :

              Defendants.            :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before August 15, 2008; and

    2    This case is being referred to Magistrate Judge Theodore H. Katz for general pretrial supervision.

Dated: New York, New York
       July 25, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.