UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
OSWALDO CRUZ, MARY MARTHA : 
LITTLETON, AND ROBERT GREG WINN,
on behalf of themselves and a class of those :
similarly situated,
 : INDEX NO. 08-cv-4704 (SHS)
        Plaintiffs,
 : **NOTICE OF FILING CONSENT**
  -against-
 :
LAWSON SOFTWARE, INC., LAWSON
SOFTWARE AMERICAS, INC., :

        Defendants.
---------------------------------------- X

    PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form for the following person:

    Jay Pobis

Dated: August 5, 2008

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
Llezlie L. Green


By: /s/ *Christine E. Webber*
      Christine E. Webber

# EXHIBIT A

Lawson Software, Inc.
Plaintiff Consent Form

I hereby consent to join a lawsuit against Lawson Software, Inc., in United States District Court, Southern District of New York, as a plaintiff to assert claims against Lawson Software, Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, when I worked as an Applications Consultant, Software Consultant, Technical Consultant, Systems Consultant and/or Business Consultant for Lawson Software, Inc.

_Jay Pobis_  8/4/08
Signature       Date

Jay Pobis
Print Name

101 Wildwood Club Court
Address

Columbia, SC 29223
City, State, Zip Code

803-370-2825
Home Phone   Work Phone   Cell Phone

jpobis1@sc.rr.com
E-mail address

Mail or fax to:
HALUNEN & ASSOCIATES
Attn: Clayton D. Halunen or Charles V. Firth
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402
Fax: 612-605-4099
Telephone: 612-605-4098