UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
OSWALDO CRUZ, MARY MARTHA            :
LITTLETON, AND ROBERT GREG WINN,
on behalf of themselves and a class of those  :
similarly situated,
                                     :    INDEX NO. 08-cv-4704 (SHS)
        Plaintiffs,
                                     :    **NOTICE OF FILING CONSENT**
    -against-
                                     :
LAWSON SOFTWARE, INC., LAWSON
SOFTWARE AMERICAS, INC.,             :

        Defendants.                  :
------------------------------------- X

    PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Form for the following person:

    Jeffrey Pavlock


Dated: August 6, 2008                    Respectfully submitted,

                                         COHEN, MILSTEIN, HAUSFELD & TOLL
                                         P.L.L.C.
                                         1100 New York Avenue, N.W.
                                         Suite 500, West Tower
                                         Washington, DC  20005
                                         (202) 408-4600
                                         Llezlie L. Green


                                         By:   /s/ *Christine E. Webber*
                                               Christine E. Webber

# EXHIBIT A

## Lawson Software, Inc.
## Plaintiff Consent Form

I hereby consent to join a lawsuit against Lawson Software, Inc., in United States District Court, Southern District of New York, as a plaintiff to assert claims against Lawson Software, Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, when I worked as an Applications Consultant, Software Consultant, Technical Consultant, Systems Consultant and/or Business Consultant for Lawson Software, Inc.

_____  06 Aug 08
Signature                 Date

Jeffrey J. Pavlock
Print Name

203 Meeting House Rd.
Address

Ashland, MA 01721
City, State, Zip Code

617-320-6207
Home Phone   Work Phone   (Cell Phone)

jeffrey.pavlock@hotmail.com
E-mail address

Mail or fax to:
HALUNEN & ASSOCIATES
Attn: Clayton D. Halunen or Charles V. Firth
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402
Fax: 612-605-4099
Telephone: 612-605-4098