UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
OSWALDO CRUZ, MARY MARTHA :
LITTLETON, AND ROBERT GREG WINN,
on behalf of themselves and a class of those :
similarly situated,
: INDEX NO. 08-cv-4704 (SHS)
Plaintiffs,
: **NOTICE OF FILING CONSENT**
-against- :

:
LAWSON SOFTWARE, INC., LAWSON
SOFTWARE AMERICAS, INC., :

Defendants.
------------------------------------- X

    PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

    Charles Churchill

    Brian Martin

Dated: August 8, 2008

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD & TOLL
P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
Llezlie L. Green

By: /s/ *Christine E. Webber*
    Christine E. Webber

# EXHIBIT A

Lawson Software, Inc.
Plaintiff Consent Form

I hereby consent to join a lawsuit against Lawson Software, Inc., in United States District Court, Southern District of New York, as a plaintiff to assert claims against Lawson Software, Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, when I worked as an Applications Consultant, Software Consultant, Technical Consultant, Systems Consultant and/or Business Consultant for Lawson Software, Inc.

*Charles Churchill*  8-7-08
Signature                              Date

*Charles Churchill*
Print Name

29964 Mickelson Way
Address

Murrieta, CA  92563
City, State, Zip Code

951-813-3933   951-813-3935   760-672-4022
Home Phone     Work Phone     Cell Phone

Charleschurchill@verizon.net
E-mail address

Mail or fax to:
HALUNEN & ASSOCIATES
Attn: Clayton D. Halunen or Charles V. Firth
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402
Fax: 612-605-4099
Telephone: 612-605-4098

## Lawson Software, Inc.
## Plaintiff Consent Form

I hereby consent to join a lawsuit against Lawson Software, Inc., in United States District Court, Southern District of New York, as a plaintiff to assert claims against Lawson Software, Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, when I worked as an Applications Consultant, Software Consultant, Technical Consultant, Systems Consultant and/or Business Consultant for Lawson Software, Inc.

_____  8/8/2008
Signature                   Date

BRIAN MARTIN
Print Name

1000 West Ave #1523
Address

Miami Beach FL 33139
City, State, Zip Code

786-376-6066
Home Phone    Work Phone    Cell Phone

brianmartin@blueplanet.us.com
E-mail address

Mail or fax to:
HALUNEN & ASSOCIATES
Attn: Clayton D. Halunen or Charles V. Firth
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402
Fax: 612-605-4099
Telephone: 612-605-4098