IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

INDEX No. 08-CV-4704 (SHS/THK)

OSWALDO CRUZ, MARY MARTHA LITTLEJOHN AND ROBERT GREG WINN, on behalf of themselves and a class of those similarly situated,

Plaintiffs,

**NOTICE OF FILING CONSENT**

-against-

LAWSON SOFTWARE, INC., LAWSON SOFTWARE AMERICAS, INC.,

Defendants.

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby file the attached Consent Form for the following person:

Richard Easterbrooks

Dated: September 3, 2008

HALUNEN & ASSOCIATES

s/Charles V. Firth
Charles V. Firth, Atty. No. 257825 (MN)
Clayton D. Halunen, Atty. No. 219721 (MN)
220 South Sixth Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612.605.4098
Facsimile: 612.605.4099

*Attorneys for Plaintiffs*

Lawson Software, Inc.
Plaintiff Consent Form

I hereby consent to join a lawsuit against Lawson Software, Inc., in United States District Court, Southern District of New York, as a plaintiff to assert claims against Lawson Software, Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, when I worked as an Applications Consultant, Software Consultant, Technical Consultant, Systems Consultant and/or Business Consultant for Lawson Software, Inc.

_____     8/8/2008
Signature                                           Date

Richard Easterbrooks
Print Name

PO Box 2744
Address

Taunton        MA        02780
City, State, Zip Code

508   243  5966
Home Phone    Work Phone    Cell Phone

Richard@Easterbrooks.NET
E-mail address

Mail or fax to:
HALUNEN & ASSOCIATES
Attn: Clayton D. Halunen or Charles V. Firth
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402
Fax: 612-605-4099
Telephone: 612-605-4098