IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OSWALDO CRUZ, MARY MARTHA LITTLEJOHN AND ROBERT GREG WINN, on behalf of themselves and a class of those similarly situated,<br><br>        Plaintiffs,<br><br>-against-<br><br>LAWSON SOFTWARE, INC., LAWSON SOFTWARE AMERICAS, INC.,<br><br>        Defendants. | INDEX No. 08-CV-4704 (SHS/THK)<br><br><br><br><br>**CERTIFICATE OF SERVICE VIA ECF SYSTEM** |

---

I hereby certify that on September 3, 2008 I caused the Notice of Filing Consent of Richard Easterbrooks and his Plaintiff Consent Form to be filed electronically with the Clerk of Court through ECF, and the ECF will send an e-notice of the electronic filing to the following:

**Loretta Mae Gastwirth,** lgastwirth@meltzerlippe.com
**Richard M. Howard,** rhoward@meltzerlippe.com
**Sara Gullickson McGrane,** smcgrane@felhaber.com


Dated:  September 3, 2008                    HALUNEN & ASSOCIATES

                                              s/ Charles V. Firth
                                             Charles V. Firth, #257825(MN)
                                             Clayton D. Halunen, #219721(MN)
                                             220 South Sixth Street
                                             Suite 2000
                                             Minneapolis, MN 55402
                                             Telephone: 612.605.4098
                                             Facsimile: 612.605.4099

                                             *Attorneys for Plaintiffs*