IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

INDEX No. 08-CV-4704 (SHS/THK)

OSWALDO CRUZ, MARY MARTHA
LITTLEJOHN AND ROBERT GREG WINN,
on behalf of themselves and a class of those
similarly situated,

    Plaintiffs,     **NOTICE OF FILING CONSENT**

-against-

LAWSON SOFTWARE, INC., LAWSON
SOFTWARE AMERICAS, INC.,

    Defendants.

---

  PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby file the attached Consent Form for the following person:

    Mary Thorrington

---

Dated: September 4, 2008        HALUNEN & ASSOCIATES

---

     <u>s/Charles V. Firth</u>
     Charles V. Firth, Atty. No. 257825 (MN)
     Clayton D. Halunen, Atty. No. 219721 (MN)
     220 South Sixth Street
     Suite 2000
     Minneapolis, MN 55402
     Telephone: 612.605.4098
     Facsimile: 612.605.4099

     *Attorneys for Plaintiffs*

Lawson Software, Inc.
Plaintiff Consent Form

I hereby consent to join a lawsuit against Lawson Software, Inc., in United States District Court, Southern District of New York, as a plaintiff to assert claims against Lawson Software, Inc. for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, when I worked as an Applications Consultant, Software Consultant, Technical Consultant, Systems Consultant and/or Business Consultant for Lawson Software, Inc.

_Mary Thorrington_
Signature                                         Date

Mary Thorrington
Print Name

6150 15 Mile Rd NE
Address

Cedar Springs MI 49319
City, State, Zip Code

616 - 481 - 2587
Home Phone    Work Phone    (Cell Phone)

ThorringtonM@yahoo.com
E-mail address

Mail or fax to:
HALUNEN & ASSOCIATES
Attn: Clayton D. Halunen or Charles V. Firth
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402
Fax: 612-605-4099
Telephone: 612-605-4098