IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

INDEX No. 08-CV-4704 (SHS/THK)

OSWALDO CRUZ, MARY MARTHA
LITTLEJOHN AND ROBERT GREG WINN,
on behalf of themselves and a class of those
similarly situated,

        Plaintiffs,

-against-

LAWSON SOFTWARE, INC., LAWSON
SOFTWARE AMERICAS, INC.,

        Defendants.

**CERTIFICATE OF SERVICE VIA ECF SYSTEM**

I hereby certify that on September 4, 2008 I caused the Notice of Filing Consent of Mary Thorrington and her Plaintiff Consent Form to be filed electronically with the Clerk of Court through ECF, and the ECF will send an e-notice of the electronic filing to the following:

**Loretta Mae Gastwirth,** lgastwirth@meltzerlippe.com
**Richard M. Howard,** rhoward@meltzerlippe.com
**Sara Gullickson McGrane,** smcgrane@felhaber.com

Dated: September 4, 2008

HALUNEN & ASSOCIATES

s/ Charles V. Firth
Charles V. Firth, #257825(MN)
Clayton D. Halunen, #219721(MN)
220 South Sixth Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612.605.4098
Facsimile: 612.605.4099

*Attorneys for Plaintiffs*