UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OSWALDO CRUZ,
MARY MARTHA LITTLEJOHN, and
ROBERT GREG WINN, on behalf of
themselves and a class of those similarly
situated,
                      Plaintiffs,

       -against-

LAWSON SOFTWARE, INC.,
LAWSON SOFTWARE AMERICAS, INC.,

                      Defendants.
-------------------------------------------------------X

Index No.: 08 CIV 4704 (SHS) (THK)



**MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Loretta M. Gastwirth, Esq., a member of Meltzer, Lippe, Goldstein & Breitstone, LLP, local counsel to defendants in this action, and a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* to represent defendants Lawson Software, Inc., and Lawson Software Americas, Inc. for all purposes, of:

        Ruth S. Marcott, Esq.
        Felhaber, Larson, Fenlon & Vogt, P.A.
        220 South Sixth Street, Suite 2200
        Minneapolis, MN 55402-4504
        Telephone: 612-373-8511
        Fax: 612-338-0535
        rmarcott@felhaber.com

Ruth S. Marcott, Esq. is a member in good standing of the Bar of the States of Minnesota and Wisconsin.

There are no pending disciplinary proceedings against Ruth S. Marcott in any State or Federal court.

Dated: Mineola, New York
August 29, 2008

            Respectfully submitted,

            MELTZER, LIPPE, GOLDSTEIN &
            BREITSTONE, LLP

            By: _____
             Loretta M. Gastwirth (LG7968)
            190 Willis Avenue
            Mineola, New York 11501
            Tel: (516) 747-0300
            Fax: (516) 237-2893
            lgastwirth@meltzerlippe.com

            *Attorneys for Defendants*

To: Christine E. Webber, Esq.
   Llezlie Green Coleman, Esq.
   COHEN MILSTEIN HAUSFELD & TOLL, PLLC
   1100 New York Avenue, NW, Suite 500
   Washington, DC 20005
   Tel: (202) 408 4600

   Clayton D. Halunen, Esq.
   Charles V. Firth, Esq.
   HALUNEN & ASSOCIATES
   220 South Sixth Street, Suite 2000
   Minneapolis, MN 55402
   Tel: (612) 605-4098
   *Attorneys for Plaintiffs*

436558-1              2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OSWALDO CRUZ,
MARY MARTHA LITTLEJOHN, and
ROBERT GREG WINN, on behalf of
themselves and a class of those similarly
situated,
                      Plaintiffs,

-against-

LAWSON SOFTWARE, INC.,
LAWSON SOFTWARE AMERICAS, INC.,

                      Defendants.

------------------------------------------------------------X

Index No.: 08 CIV 4704 (SHS) (THK)

**AFFIDAVIT OF LORETTA M. GASTWIRTH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

Loretta M. Gastwirth, being duly sworn, deposes and says as follows:

1. I am a member of the law firm Meltzer, Lippe, Goldstein & Breitstone, LLP, local counsel for defendants Lawson Software, Inc. and Lawson Software Americas, Inc. ("Lawson") in the above-captioned action and I am fully familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendants' motion to admit Ruth S. Marcott, Esq. as counsel *pro hac vice* to represent defendants Lawson in this matter for all purposes.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1980. I am also admitted to the bar of the United States District Courts for the Southern, Eastern and Northern Districts of New York, Second Circuit Court of Appeals and the United States Supreme Court and am in good standing with this Court.

3. I have recently come to know Ruth Marcott, Esq. when my firm was retained in this case to act as local counsel on behalf of our client Lawson.

4. Ruth Marcott, Esq. is the Chair of the Employee Benefits section of Felhaber Larson Fenlon & Vogt, P.A., a prominent law firm located in Minneapolis, Minnesota. She is a member in good standing of the Bar of the States of Minnesota and Wisconsin. There are no pending disciplinary proceedings against Ruth Marcott in any State or Federal court. Copies of her Certificate and Letter of Good Standing for the State Courts of Minnesota and Wisconsin are annexed hereto collectively as Exhibit A.

5. I have found Ruth Marcott, Esq. to be a skilled attorney and a person of integrity. She is an experienced litigator who has handled many matters in both the federal and state courts of many states. Ms. Marcott particularly is skilled in the areas of employee benefits and ERISA. Ms. Marcott is also highly experienced in federal practice and is familiar with the Federal Rules of Civil Procedure. She has or will also become familiar with the Local Rules of the United States District Court for the Southern District of New York and the individual rules of Judge Stein and Magistrate Judge Katz.

6. Accordingly, I am pleased to move the admission of Ruth S. Marcott, Esq., *pro hac vice*, for all purposes.

7. I respectfully submit a proposed order granting the admission of Ruth Marcott, Esq., *pro hac vice*, for all purposes which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Ruth S. Marcott, Esq. *pro hac vice*, for all purposes to represent defendants in the above captioned matter, be granted.

_____
Loretta M. Gastwirth (LG-7968)

Sworn to before me this
20th day of August 2008

_____
Notary Public

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES 4/27/11

436556-1                                    3



# Supreme Court of Wisconsin

OFFICE OF LAWYER REGULATION
110 EAST MAIN STREET, SUITE 315
MADISON, WI 53703-3383
Telephone: (608) 267-7274
Toll Free:  (877) 315-6941
Fax:        (608) 267-1959
Web Site: www.wicourts.gov/olr

KEITH L. SELLEN
DIRECTOR

August 11, 2008

Attorney Ruth Silseth Marcott
Felhaber Larson Fenlon & Vogt
444 Cedar Street, Suite 2100
St. Paul, MN 55101-2136

Re:   Admission Date: July 14, 1995
      Wisconsin Bar ID No. 1026064

Dear Attorney Marcott:

This is to certify that the undersigned is the Director of the Office of Lawyer Regulation, which is the Supreme Court agency responsible for attorney discipline and complaint records.

We have carefully examined our records and have determined that you have never been disciplined in the State of Wisconsin, nor are there any pending disciplinary proceedings against you. Moreover, no complaints or grievances have been filed against you, which are under investigation by our agency, and you are active and in good standing regarding your license to practice law in Wisconsin.

Very truly yours,

KEITH L. SELLEN
Director

KLS:ss

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

RUTH SILSETH MARCOTT

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 03, 1986

Given under my hand and seal of this court on

August 28, 2008

_Fredrick K. Grittner_
Fredrick K. Grittner
Clerk of Appellate Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OSWALDO CRUZ,                                                          Index No.: 08 CIV 47047 (SHS) (THK)
MARY MARTHA LITTLEJOHN, and
ROBERT GREG WINN, on behalf of
themselves and a class of those similarly
situated,
      Plaintiffs,

    -against-            **ORDER FOR ADMISSION**
                      *PRO HAC VICE*
                      **ON WRITTEN MOTION**
LAWSON SOFTWARE, INC.,
LAWSON SOFTWARE AMERICAS, INC.,

      Defendants.
------------------------------------------------------------X

  Upon the motion of Meltzer, Lippe, Goldstein & Breitstone, LLP, attorneys for defendants, Lawson Software, Inc., and Lawson Software Americas, Inc., and the sponsoring attorney's affidavit of Loretta M. Gastwirth, Esq. in support;

  **IT IS HEREBY ORDERED** that

    Ruth S. Marcott, Esq.
    Felhaber, Larson, Fenlon & Vogt, P.A.
    220 South Sixth Street, Suite 2200
    Minneapolis, MN 55402-4504
    Telephone: 612-373-8511
    Fax: 612-338-0535
    rmarcott@felhaber.com

is admitted to practice *pro hac vice* for all purposes as counsel for defendants Lawson Software, Inc. and Lawson Software Americas, Inc. in the above-captioned case pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

_____<br>United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
OSWALDO CRUZ,
MARY MARTHA LITTLEJOHN, and
ROBERT GREG WINN, on behalf of
themselves and a class of those similarly
situated,

                    Plaintiffs,

-against-

LAWSON SOFTWARE, INC.,
LAWSON SOFTWARE AMERICAS, INC.,

                    Defendants.
----------------------------------------------------------X

Index No.: 08 CIV 4704 (SHS) (THK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NASSAU     )

     Sharon Brown, being duly sworn, deposes and says, I am not a party to this action; I am over 18 years of age and I reside in the County of Nassau, State of New York.

     On August 29, 2008, I served the within **Motion to Admit Counsel** *Pro Hac Vice* **with Supporting Affidavit and Proposed Order,** by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

Christine E. Webber, Esq.
Liezlie L. Green, Esq.
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005

Clayton D. Halunen, Esq.
Charles V. Firth, Esq.
HALUNEN & ASSOCIATES
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402

                                          _____
                                          Sharon Brown

Sworn to before me this
29th day of August, 2008.

_____
    Notary Public

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES _____

436568-1